# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      CASE NO. 17-20155
                                         HON. DENISE PAGE HOOD

v.

JEREMIAH WEEKES,

      Defendant.

_____/

## ORDER DENYING AS MOOT MOTION IN LIMINE [#90]

On March 2, 2020, the Government filed a Motion in Limine. [ECF No. 90] The Motion in Limine was fully briefed, but Defendant subsequently entered a plea of guilty. [ECF No. 103] Defendant's guilty plea renders moot the need to determine the Motion in Limine. Accordingly, and for the reasons stated above,

IT IS ORDERED that the Government's Motion in Limine [ECF No. 90] is DENIED WITHOUT PREJUDICE, as it is MOOT.

IT IS ORDERED.

                                         s/Denise Page Hood
                                         United States District Judge

August 25, 2020